# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MATTHEW AGUILAR, <br>     Plaintiff, <br> v. <br> <br> CITY OF CHICAGO and CHICAGO POLICE OFFICER ERIC DURON and UNKNOWN CITY OF CHICAGO POLICE OFFICERS <br>     Defendants. | Case No: 18 cv 7098 <br><br> Honorable Judge Thomas M. Durkin <br><br> Magistrate Judge Michael T. Mason |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Attorney Daniel E. Massoglia respectfully moves with withdraw his appearance as counsel for Plaintiff Matthew Aguilar and in support states as follows:

1. The undersigned has filed an appearance on behalf of Plaintiff.

2. The undersigned was earlier brought on as Of Counsel to assist in this matter.

3. The undersigned's assistance is no longer needed in this matter.

4. Plaintiff is represented by other counsel and will not be prejudiced by the undersigned's withdrawal.

**WHEREFORE**, attorney Daniel E. Massoglia respectfully requests that this Court enter an Order granting the motion to withdraw and terminate his appearance for Plaintiff.


Daniel E. Massoglia                          Respectfully submitted,
Daniel E. Massoglia, Esq.
2863 W. Dickens Ave
#2F                                          /s/ Daniel E. Massoglia
Chicago, IL 60647                            Daniel Massoglia,
(336) 575-6968                               One of Plaintiff's Attorneys
Illinois Bar No. 6317393

# CERTIFICATE OF SERVICE

I, Daniel E. Massoglia, an attorney, hereby certify that a copy of **Motion to Withdraw as Counsel for Plaintiff** was served upon all opposing counsel via the CM/ECF system on February 16, 2020.

        Respectfully submitted,

        /s/Daniel E. Massoglia
        Daniel E. Massoglia
        One of Plaintiff's Attorneys

Daniel E. Massoglia
Daniel E. Massoglia, Esq.
2863 W. Dickens Ave.
#2F
Chicago, IL 60647
(336) 575-6968
Illinois Bar No. 6317393