IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MATTHEW AGUILAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 18 CV 7098 |
| ) | |
| CITY OF CHICAGO, and CHICAGO ) | Judge DURKIN |
| POLICE OFFICER ERIC DURON and ) | |
| UNKNOWN CITY OF CHICAGO ) | |
| POLICE OFFICERS ) | |
| ) | |
| Defendants. ) | |

## PARTIES' JOINT STATUS REPORT

NOW COME the Parties, by and through their respective counsel, pursuant to Dkt. 89, providing a Joint Status Report, as follows:

**I.    WRITTEN DISCOVERY**

- Parties had previously tendered and answered written discovery.
- Defendants tendered additional written discovery to Marley Aguilar (administrator) on 30 September 2020.

**II.   DEPOSITIONS SCHEDULED**

- Matthew Aguilar – 14 October 2020
- Defendant Duron – 15 October 2020

**III.  DEPOSITIONS TO BE SCHEDULED**
- Marley Aguilar
- Janaan Zulevic, Star #16999
- Sergio Simental, Star #8765
- Giovanni Gonzalez, Star # 8229
- Joshea R. Bernson, Star #15360
- Brian Cahill, Star # 19478
- Jeffrey Weber, Star # 13854
- Sgt. Patrick Darling, Star # 1321

- Officer Fenner
- Officer Riley
- Officer Kirschnick
- Paramedic John Waters, Jr.,
- Paramedic Annette Cioch
- Dr. Slobodkin or Malati Vadapalli Sekaran, Mt. Sinai Hospital
- Theresa Lie-Nemeth or David Morris, MD, Schwab Rehabilitation HospitalCharlene Clark
- Brad Clark
- Martin Aguilar
- Damien Gonzalez

## IV. STATUS OF BRIEFING ON UNRESOLVED MOTIONS

There are no pending motions.

## V. STATUS OF SETTLEMENT

Plaintiff has tendered a settlement demand. Defendants are currently evaluating Plaintiff's most recent demand.

## VI. HEARING REQUEST

At this time, the parties do not request a hearing.

Dated: 2 October 2020                    Respectfully Submitted,


By:  /s/ Jeanette Samuels
*One of Plaintiff's Attorneys*

SHILLER PREYAR JARARD & SAMUELS
601 South California Avenue
Chicago, Illinois 60612
T: 312-226-4590
F: 773-346-1221
E: sam@chicivilrights.com

/*s/Dortricia Penn*
Dortricia Penn

Assistant Corporation Counsel

Gregory Beck, Assistant Corporation Counsel
Supervisor
Michele M. McGee, Assistant Corporation Counsel
City of Chicago, Department of Law
30 N. LaSalle St., Suite 900
Chicago, Illinois 60602
Ph: (312) 742-0234
Email: Dortricia Penn@cityofchicago.org
*Attorneys for Defendant Eric Duron*

MARK A. FLESSNER
Corporation Counsel for the City of Chicago

By: */s/ Cheryl L. Friedman*
Cheryl L. Friedman
Assistant Corporation Counsel

Iris Y. Chavira, Assistant Corporation Counsel
Supervisor
City of Chicago, Department of Law
30 N. LaSalle St., Suite 900
Chicago, Illinois 60602
Ph: (312) 744-4038
Email: cheryl.friedman2@cityofchicago.org
*Attorneys for Defendant City of Chicago*