IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARLEY AGUILAR, | ) | |
|           Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18 CV 7098 |
| | ) | |
| CITY OF CHICAGO, et. al. | ) | Judge Thomas M. Durkin |
|           Defendants. | ) | |

## Motion to Withdraw Counsel

NOW COMES one of Plaintiff's Counsel, BRENDAN SHILLER, with the instant motion to withdraw as counsel, and in support states as follows:

1.  Counsel was one of multiple counsel to file an appearance on behalf of Plaintiff. Plaintiff retained the SPJS Law law firm to represent them. Counsel was not lead attorney and plays a limited roll in prosecuting this case. The appearance was primarily for tracking purposes as Counsel was the managing partner at SPJS Law.

2.  SPJS Law is restructuring into two legally distinct firms with the primary purpose of creating a legal firewall between counsel and lawsuits against being prosecuted by SPJS Law against certain municipalities. Although the new law firm will have a joint marketing agreement and agreement to share certain costs with SPJS Law, they will be two distinct law firms with completely different ownership and no shared revenue. The new firm will of which the undersigned counsel will manage will be a transactional and marijuana compliance firm, and will not engage in any Section 1983 or similar litigation.

1

3. Given that the undersigned counsel is effectively leaving the Section 1983 practice, and legally leaving the firm that was retained to represent Plaintiff, counsel is moving to withdraw.

4. There will be no impact on the prosecution of the case. All other attorneys remain at SPJS Law, the firm that was retained to represent Plaintiff. Jeanette Samuels was and remains the lead attorney from SPJS Law in this case. In addition to Ms. Samuels, SPJS Law has two other partners with as much or likely more litigation experience as the undersigned. If this case goes to trial, one of them will file an appearance and join Ms. Samuels. Further, SPJS Law has other associates and of counsel that will assist Ms. Samuels as necessary.

WHEREFORE, Counsel seeks and order allowing him to withdraw his appearance.

Respectfully submitted,

s/ Brendan Shiller

Brendan Shiller
Attorney for Defendant
SPJS Law
@ The Westside Center for Justice
601 S. California
Chicago IL 60612
Brendan@shillerlaw.com
312-226-4590

## CERTFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused a true and correct copy of the foregoing document to be served upon opposing counsel via CM/ECF.

Respectfully Submitted,

_s/Brendan Shiller_____

Brendan Shiller
Attorney for Plaintiff