# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Aguilar v. City of Chicago et al     Case Number: 18-cv-07098

An appearance is hereby filed by the undersigned as attorney for:
Marley Aguilar        (Matthew Aguilar)

Attorney name (type or print): April Preyar

Firm: Shiller, Preyar, Jarard and Samuels Law Offices

Street address: 601 S. California Ave.

City/State/Zip: Chicago, IL. 60612

Bar ID Number: 6270450
(See item 3 in instructions)

Telephone Number: 312-226-4590

Email Address: april@spjslaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? |  | ✓ |
| Are you acting as local counsel in this case? |  | ✓ |
| Are you a member of the court's trial bar? | ✓ |  |
| If this case reaches trial, will you act as the trial attorney? | ✓ |  |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 08/13/2021

Attorney signature:     S/ April Preyar
                        (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015