IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARLEY AGUILAR, as Administrator of Matthew Aguilar's Estate, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF CHICAGO, CHICAGO POLICE OFFICER ERIC DURON, and UNKNOWN CITY OF CHICAGO POLICE OFFICERS, <br><br> Defendants. | Case No.: 18-cv-07098 <br><br> Magistrate Judge Appenteng |

**JOINT STATUS REPORT**

NOW COME the parties by their attorneys of record, and for their Joint Status Report state as follows:

**A.    EXPERT DISCOVERY STATUS**

1. The deposition of Dr. Hanlon was completed on September 12, 2024.

    Plaintiff does not intend to submit any additional expert rebuttal reports.
2. 
3. Within 28 days, Defendants intend to submit a motion to strike Daniel Melcher's "rebuttal" report, or, in the alternative, for leave to re-depose him on the issues discussed in that report.

4. The parties do not mutually request a settlement conference at this time.

Respectfully submitted,

/s Garrett Browne

Edward M. Fox
Garrett W. Browne
Ed Fox & Associates, Ltd.
118 N. Clinton St, Suite 425
Chicago, IL 60661
(312) 345-8877
efox@efox-law.com
gbrowne@efox-law.com
*Attorneys for Plaintiff*

/s/Gregory Beck
Gregory Beck
Jordan Yurchich
Raymond Garant
City of Chicago, Department of Law
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 742-5146
Gregory.Beck@cityofchicago.org
*Attorneys for Officer Duron*

/s/Maxwell Lisy
Maxwell Lisy
Cheryl Friedman
City of Chicago, Department of Law
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 742-0305
maxwell.lisy@cityofchicago.org
cheryl.friedman1@cityofchicago.org
*Attorneys for City of Chicago*